ON MOTION FOR REHEARING

DAMOORGIAN, J.
Chester Baltuskouis filed a Motion for Rehearing. We deny the motion but clarify that our holding does not affect the outcome on Blanton’s counterclaim. The trial court denied relief on the counterclaim. Because Blanton did not raise any issues on appeal regarding the portion of the final judgment denying his counterclaim, the judgment for Baltuskouis on the counterclaim is affirmed. We also clarify that on remand the trial court shall vacate only that portion of the final judgment which awarded damages to Baltuskouis on his claim for breach of contract. See generally Walker v. Benton, 407 So.2d 305, 307 (Fla. 4th DCA 1981).
MAY, J., and TUTER, JACK, Associate Judge, concur.